1  Ramin R. Younessi, Esq. (SBN 175020)
2  Samantha L. Ortiz, Esq. (SBN 312503)
   Neda Tahoor, Esq. (SBN 358772)
3  **LAW OFFICES OF RAMIN R. YOUNESSI**
   **A PROFESSIONAL LAW CORPORATION**
4  3435 Wilshire Boulevard, Suite 2200
   Los Angeles, California 90010
5  Telephone: (213) 480-6200
   Facsimile: (213) 480-6201

6  Attorney for Plaintiff,
7  LUIS LESAMA RODRIGUEZ

8  Andrew P. Frederick, Esq. (SBN 284832)
   Nicole L. Antonopoulos, Esq. (SBN 306882)
9  **MORGAN, LEWIS & BOCKIUS LLP**
   1400 Page Mill Road
10 Palo Alto, CA 94304
   Telephone: (650) 843-4000
11 Facsimile: (650) 843-4001

12 Attorneys for Defendant
   JETBLUE AIRWAYS CORPORATION
13

14            **UNITED STATES DISTRICT COURT**
15            **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| LUIS LESAMA RODRIGUEZ, an individual, on behalf of all others similarly situated, and also on behalf of all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation and DOES 1-20,<br><br>Defendants. | Case No.: 2:23-cv-08742-ODW-SK<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Luis Lesama
2  Rodriguez ("Plaintiff") and Defendant JetBlue Airways Corporation ("JetBlue")
3  (collectively, "the Parties"), by and through their respective counsel of record, that
4  this entire case be and hereby is voluntarily dismissed, with prejudice as to Plaintiff's
5  individual claims and without prejudice as to the putative class claims and non-
6  individual PAGA claims, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
7  Civil Procedure.
8
9  The Parties shall bear their own respective attorneys' fees and costs of suit
10 incurred in connection with this Action and its dismissal.
11
12 All Parties that have appeared in this action have consented and agreed to the
13 dismissal of this action pursuant to this Stipulation and, accordingly, this dismissal is
   effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: December 3, 2025

**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**

By:  */s/ Samantha L. Ortiz*
     Ramin R. Younessi, Esq.
     Samantha L. Ortiz, Esq.
     Neda Tahoor, Esq.
     Attorneys for Plaintiff
     LUIS LESAMA RODRIGUEZ

DATED: December 3, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Andrew P. Frederick*
    Andrew P. Frederick, Esq.
    Nicole L. Antonopoulos, Esq.
    Attorneys for Defendant,
    JETBLUE AIRWAYS CORPORATION

## ATTESTATION

I, Andrew P. Frederick, am the ECF user whose identification and password are being used to file this Stipulation to Dismiss Action Pursuant to FRCP 41(a)(1)(A)(ii). In compliance with Civil L.R. 5-4.3.4(a)(2), I hereby attest that counsel of all other Parties concur in this filing's content and have authorized this filing.

DATED: December 3, 2025          **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Andrew P. Frederick*
    Andrew P. Frederick, Esq.
    Nicole L. Antonopoulos, Esq.
    Attorneys for Defendant,
    JETBLUE AIRWAYS CORPORATION