JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LUIS LESAMA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>Defendant. | Case № 2:23-cv-08742-ODW (SKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims and non-individual PAGA claims. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 4, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**